**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION**

| | |
|---|---|
| Martell Dickson,<br>*Plaintiff*,<br>*v.*<br>Social Security Administration,<br>*Defendant*. | Case No. 3:26-cv-50302<br>Hon. Michael F. Iasparro |

## REPORT AND RECOMMENDATION

Case called for an in-person hearing on 9/1/2026. Plaintiff Martell Dickson failed to appear at today's hearing as previously ordered on 8/18/2026. See Dkt. 12. The Court's order setting the 9/1/2026 hearing was mailed to Plaintiff at his address of record and emailed to his email address of record. Neither the mailing nor the email was returned as undeliverable. Plaintiff has not notified the Court or defense counsel of any reason for his failure to appear. Defense counsel reports continued lack of communication with Plaintiff. Accordingly, it is this Court's report and recommendation that this case be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Any objection to this Report and Recommendation must be filed by 9/15/2026. See Fed. R. Civ. P. 72(b). Failure to file a timely objection may result in waiver of objections on appeal. See Provident Bank v. Manor Steel Corp., 882 F.2d 258, 260–61 (7th Cir. 1989). The Clerk is directed to mail a copy of this order to Plaintiff Martell Dickson.

Entered: September 1, 2026

By: ______________________
Michael F. Iasparro
U.S. Magistrate Judge